

February 10, 2023

**Via ECF**
John L. Sinatra, Jr.
United States District Judge
United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York 14202

      **Re:**   *Foley v. Cases by Source, Inc.,* Civil Action No. 1:22-cv-00818
             *Joint Notice of Settlement*

Dear Judge Sinatra:

     As the Court is aware, we represent Defendant in the above-referenced matter. We write jointly with counsel for Plaintiff to notify the Court that the parties have reached an agreement in principle to settle this case, contingent on the execution of a written settlement agreement and Court approval of the terms. The parties respectfully request a period of 30 days to memorialize the settlement terms and further respectfully request that any pending deadlines be adjourned in anticipation of that submission.

     The parties thank Your Honor for the attention to and consideration of this request.

                      Respectfully,

                      /s/ George Vallas

                      George D. Vallas, Esq.

cc:   All counsel of record (via ECF)